| | |
|---|---|
| BRIAN WANCA (*Pro Hac Vice*) <br> bwanca@andersonwanca.com <br> RYAN M. KELLY (*Pro Hac Vice*) <br> rkelly@andersonwanca.com <br> ANDERSON & WANCA <br> 3701 Algonquin Road, Suite 760 <br> Rolling Meadows, IL  60008 <br> Telephone:     (847) 368-1500 <br> Facsimile:      (847) 368-1501 <br><br> ROBERT C. SCHUBERT (CSB No. 62684) <br> rschubert@schubertlawfirm.com <br> WILLEM F. JONCKHEER (CSB No. 178748) <br> wjonckheer@schubertlawfirm.com <br> SCHUBERT JONCKHEER & KOLBE LLP <br> Three Embarcadero Center, Suite 1650 <br> San Francisco, CA 94111 <br> Telephone:     (415) 788-4220 <br> Facsimile:      (415) 788-0161 <br><br> Attorneys for Plaintiff <br> PHYSICIANS HEALTHSOURCE, INC. | RODGER R. COLE (CSB No. 178865) <br> rcole@fenwick.com <br> SONGMEE L. CONNOLLY (CSB No. 228555) <br> sconnolly@fenwick.com <br> SEAN S. WIKNER (CSB No. 268319) <br> swikner@fenwick.com <br> FENWICK & WEST LLP <br> Silicon Valley Center <br> 801 California Street <br> Mountain View, CA  94041 <br> Telephone:     (650) 988-8500 <br> Facsimile:      (650) 938-5200 <br><br> Attorneys for Defendants <br> RELIANT TECHNOLOGIES, INC., and <br> SOLTA MEDICAL, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| PHYSICIANS HEALTHSOURCE, INC., an Ohio corporation, individually and as the representative of a class of similarly-situated persons, <br><br> Plaintiff, <br><br> v. <br><br> RELIANT TECHNOLOGIES, INC., SOLTA MEDICAL, INC., and JOHN DOES 1-10, <br><br> Defendants. | Case No.: 1:12-cv-02180 NJV <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** <br><br> Date:    N/A <br> Time:    N/A <br> Place:   N/A <br> Judge:  Hon. Nandor J. Vadas |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Physicians Healthsource, Inc., and Defendant Solta Medical, Inc., and its predecessor-in-interest, Defendant Reliant Technologies, Inc., by and through their respective attorneys, hereby stipulate to dismissal of individual claims asserted by Plaintiff, Physicians Healthsource, Inc., in the above-referenced action **with prejudice.** All claims asserted on behalf of a putative class are dismissed without prejudice since no class has been certified and no notice is being provided to the putative class. Each party to bear its own attorneys' fees, expenses and costs. This stipulation of dismissal is submitted in accordance with the Confidential Settlement Agreement and General Release entered by the parties effective May 28, 2013.

| | | |
|---|---|---|
| 1 | Dated: June 5, 2013 | ANDERSON & WANCA |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ Brian J. Wanca |
| | | BRIAN WANCA (*Pro Hac Vice*) |
| | | bwanca@andersonwanca.com |
| 5 | | RYAN M. KELLY (*Pro Hac Vice*) |
| | | rkelly@andersonwanca.com |
| 6 | | ANDERSON & WANCA |
| | | 3701 Algonquin Road, Suite 760 |
| 7 | | Rolling Meadows, IL 60008 |
| | | Telephone: (847) 368-1500 |
| 8 | | Facsimile (847) 368-1501 |
| 9 | | ROBERT C. SCHUBERT (CSB No. 62684) |
| | | rschubert@schubertlawfirm.com |
| 10 | | WILLEM F. JONCKHEER (CSB No. 178748) |
| | | wjonckheer@schubertlawfirm.com |
| 11 | | SCHUBERT JONCKHEER & KOLBE LLP |
| | | Three Embarcadero Center, Suite 1650 |
| 12 | | San Francisco, CA 94111 |
| | | Telephone: (415) 788-4220 |
| 13 | | Facsimile: (415) 788-0161 |
| 14 | | Attorneys for Plaintiff |
| | | PHYSICIANS HEALTHSOURCE, INC. |
| 15 | Dated: May 31, 2013 | FENWICK & WEST LLP |
| 16 | | |
| 17 | | |
| 18 | | By: /s/ Rodger R. Cole |
| | | RODGER R. COLE (CSB No. 178865) |
| | | rcole@fenwick.com |
| 19 | | SONGMEE L. CONNOLLY (CSB No. 228555) |
| | | sconnolly@fenwick.com |
| 20 | | SEAN S. WIKNER (CSB No. 268319) |
| | | swikner@fenwick.com |
| 21 | | FENWICK & WEST LLP |
| | | Silicon Valley Center |
| 22 | | 801 California Street |
| | | Mountain View, CA 94041 |
| 23 | | Telephone: 650.988.8500 |
| | | Facsimile: 650.938.5200 |
| 24 | | Attorneys for Defendants |
| | | RELIANT TECHNOLOGIES, INC., and |
| 25 | | SOLTA MEDICAL, INC. |
| 26 | | |
| 27 | | |
| 28 | | |

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Willem F. Jonckheer, am the ECF User whose identification and password are being used to file this **STIPULATION OF DISMISSAL WITH PREJUDICE.** In compliance with General Order 45.X.B, I hereby attest that Rodger R. Cole has concurred in this filing.

Dated: June 5, 2013 /S/ WILLEM F. JONCKHEER

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW